ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GERALD L. ROGERS, 12327-086
P.O. Box 6000
Sheridan OR 97378-6000

    Plaintiff,

v.

HARVEY LLOYD PITT, SECURITIES AND
EXCHANGE COMMISSION; JAMES C.
NEWSOME, COMMODITIES FUTURE TRADING
COMMISSION; MICHAEL J. GAINES,
UNITED STATES PAROLE COMMISSION;

    Defendants.

: CASE #

Case: 1:07-cv-00687
Assigned To : Collyer, Rosemary M.
Assign. Date : 04/17/2007
Description: Rogers v. Harvey L. Pitt, et al.,

## I. JURISDICTION

1. This action arises pursuant to violations of the Administrative Law Act of Title 5 USC §706(2)(A), (B), and (C), as hereinafter more fully appears.

## II. PARTIES

2. Plaintiff Gerald L. Rogers, in pro se, resides at the Sheridan Federal Prison Camp, P.O. Box 6000, Sheridan OR 97378.

3. Defendant Harvey Lloyd Pitt, Chairman of the Securities and Exchange Commission, 450 Fifth Street N.W. Washington D.C. is being sued in his official capacity in behalf of the Securities and Exchange Commission ("SEC").

4. Defendant James E. Newsome, Chairman of the Commodities Future Trading Commission, 1155 21st Street N.W. Washington D.C. 20581, is being sued in his official capacity in behalf of the Commodities Future Trading Commission ("CFTC").

RECEIVED
MAR 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

5. Defendant Michael J. Gaines, Commissioner of the United States Parole Commission, 5550 Chevy Chase Maryland, is being sued in his official capacity in behalf of the United States Parole Commission ("USPC").

## III. CAUSE OF ACTION

### A. Averments of Special Matters

6. Beginning on approximately February 1, 2005, and continuing to date, the named defendants, SEC, CFTC and USPC with their employees acting in their official capacities and/or ultra vires capacities, under color of law, individually, separately, jointly and/or in a conspiracy with each other, acted to deprive the plaintiff of his personal assets and freedom, all in violation of the Administrative Law Act of Title 5 USC §706(2)(A), (B) and (C), as follows.

7. On or about February 1, 2005, pursuant to receiving a private complaint from Chase Bank of Austin Texas, which was transferring $550,000 from a client's Cash Deposit to the plaintiff's Premium Income Corp ("PIC"), Seattle Washington currency business, the defendants, representing that plaintiff was suspected of being in violation of the "Patriot Act", demanded the plaintiff's bank records from Chase Bank, Austin, Bank One (Chase Bank) Mesa, Arizona and Asia Europe Americas Bank, Seattle Washington.

8. Beginning on or about February 20, 2005, after obtaining the plaintiff's bank records, personally, and for his corporations PIC and InForex Ltd., with further false representations of the SEC's Jeffrey Norris of Dallas Texas, CFTC's Nathan of Washington D.C. and Michael Banks of Seattle, a contract parole officer for USPC, to the plaintiff banks, to further the conspiracy to deprive plaintiff of his assets, those government employees prevailed on

2.

the Asia Europe Americas Bank to delay the crediting of the plaintiff's deposits and delay the transfer of plaintiff's business funds to his currency brokerage banks in Europe, Saxo Bank of Denmark and Sysnthesis Bank in Switzerland, with full knowledge that the funds being transferred were for exclusive purpose of collateralizing exempt foreign currency transactions pursuant to Title 15 USC §77a et seq.

9. On February 25, 2005, the defendants SEC and CFTC in a conspiracy with USPC, under color of law, caused the U.S. Marshals to arrest and then prevent the plaintiff **from closing** a $200,000,000.00 trade pending in the Saxo and Synthesis banks.

10. On February 27, 2005, the plaintiff wrote a letter of instructions to a friend, William D. Hofius and deposited that letter into the United States Mail at the SEA-TAC Prison which contained instructions on how to proceed to ultimately close out the $200,000,000.00 currency transaction - thus, prevent a loss.

11. On February 28, 2005, at the instructions of SEC's Norris and CFTC's Nathan, FBI Agent Joseph Quinn, who without a court order had effectively seized the plaintiff's PIC office located at 2701 Westlake Avenue N., Seattle Washington, intercepted the plaintiff's letter and thereafter concealed the currency transaction instructions, which then resulted in a $5,000,000.00 loss to both the plaintiff and his clients.

12. On March 2, 2005, subsequent to the defendants seizing the PIC business together with freezing the plaintiff's bank accounts, the defendants SEC and CFTC filed their enforcement actions 3-05-cv-415B and 415B, respectively, in the United States District Court for the Northern District of Texas, Dallas Division.

13. Pursuant to the March 2, 2005 pleadings submitted to the

Dallas United States District Court, the defendants moved the court to appoint their former colleges, Messrs Crawford and Warfield, as the Receiver for the plaintiff and his corporate assets.

13. Subsequent to Messrs Crawford and Warfeild being appointed Receivers, the plaintiff discovered that with the use of forensic accounting versus utilizing the bank records and cash deposit slips, the defendants are setting up PIC's remaining funds to be looted of over $1,000,000 - as the evidence shows occurred in two other SEC inspired seizures and receiverships.

14. In furtherance of the defendants' conspiracy to loot the PIC funds, and because the plaintiff has vigorously defended the defendants' enforcement actions to **prevent** the impending theft, defendant USPC retarded the plaintiff's 1 year prison sentence to buy more time by changing his sentence to 10 years.

15. To accommodate the USPC record for a 10 year sentence, the USPC denied the plaintiff's demand that the SEC Norris, CFTC Nathan and FBI Joseph Quinn, all exculpatory witnesses, who also indeed caused the $5,000,000.00 loss to the plaintiff and his clients, to appear at the USPC's May 25, 2006 revocation hearing.

16. The USPC claims statutory authority over the plaintiff pursuant to Title 18 USC §§4201 et seq., however, that authority is voided by Title 18 USC §5 which defines the "United States" and its Title 18 Codes to be "in a territorial sense" and §7 "territorial jurisdiction" qualifies the 18 USC §3231 jurisdiction for the "district courts of the United States" to adjudicate violations of the federal statutes alleged and for which the plaintiff is convicted but, were only "locally applicable to and in force in the District of Columbia, Puerto Rico, in a territory or insular

4.

possession " of the United States pursuant to the Federal Criminal Rule of Procedures Rule 54(c) "Act of Congress" as corroborated by Federal Criminal Rule 1(b)(9) definition of "State".

   17.  The statutory authority for the defendant SEC to obtain the jurisdiction of the district court of the United States in which to file its enforcement actions is pursuant to Title 15 USC §77t(b), but the 3-05-cv-415B action was filed in the United States District Court for the Northern District of Texas, a court which derived its jurisdiction from the Judicial Act of 1789 and thus, not promulgated as a district court of the United States.

   18.  The statutory authority for the defendant CFTC to obtain the jurisdiction of the "district court of the United States" in which to have filed its 3-05-cv-416B enforcement action is pursuant to Title 7 USC §13a-1, but the action was filed in the United States District Court for the Northern District of Texas, a court that was not promulgated as a "district court of the United States".

   19.  Plaintiff alleges that the USPC never had an order for an "Authorized Sentence" pursuant to Title 18 USC §3551 to enforce from the requisite §3231 "district court of the United States", nor does its statutorial authority extend beyond the federal states defined in Federal Criminal Rule 1(b)(9) for which the federal statutes the plaintiff was convicted under color of law.

   20.  Plaintiff further alleges that the United States District Courts on which the defendants have and/or are now relying on Orders and /or Judgments to enforce their statutory authorities, lacked subject matter jurisdiction.

21. Plaintiff alleges that he has not signed any kind of a brokerage, registration nor sentencing agreements with the defendants which would have given them personal jurisdiction, including (1) for the SEC or (2) the CFTC to file or enforce their statutory authority together with (3) plaintiff has not plead guilty to a violation of a federal statute as is required by Title 18 USC §3673 to be "found guilty" to accommodate an "Authorized Sentence" pursuant to §3551 to be imposed with incarceration as required by §3581 for the USPC to order and keep the plaintiff in a federal prison.

**B.  Administrative Law Violations**

22. Incorporating paragraphs 1 through 21 by reference as if fully set forth herein, plaintiff further alleges that the defendants arbitrarily, capriciously, "or otherwise not in accordance with law", knowingly exceeded their statutory authority in violation of the Administrative Law Act of Title 5 USC §706(2)(A), (B) and (C) as follows.

23. The plaintiff alleges that the defendants knew that the orders and/or judgments on which they were relying and/or seeking, were derived from or were to be derived from either the United States District Court for the District of Colorado, or Northern District of Texas - not from the "district court of the United States as designated in CFTC Title 7 USC §13a-1, SEC Title 15 USC §77f(b), and USPC Title 18 USC §3231 to enforce their respective statutory authorities against the plaintiff.

24. Plaintiff alleges that when the defendants substituted the United States District Courts to obtain orders, judgments, or to enforce their prior orders and judgments, with intentional disregard for the Constitution and laws of the United States,

they knowingly violated the Administrative Law Act of Title 5 USC §706(2)(A), (B) and (C) as herein alleged - see 2006 Edition of Federal Rules of Civil Procedures, page 283 citing the 1948 Amendment of the Judicial Code in which Congress distinguished the courts' names by the difference with the spelling being in upper and lower case.

### IV. RELIEF SOUGHT

25. Incorporating paragraphs 1 through 24 by reference as if fully set forth herein, the plaintiff demands that Court finds and orders that:

i) The SEC's filing of its 3-05-cv-415B enforcement action in the United States District Court for the Northern District of Texas is without statutory authority, therefore, it violates the Administrative Law Act of Title 5 USC §706(2)(C); and/or,

ii) The CFTC's filing of its 3=05-cv-416B enforcement action complaint in the United States District Court for the Northern District of Texas, is without statutory authority, therefore, it violates the Administrative Law Act of Title 5 USC §706(2)(C); and/or,

iii) USPC's enforcement of the United States District Court for the District of Colorado's **sentence for** violations of Titles 15 and 18 federal statutes which occurred in the State of Colorado and not in any federal state as defined in Federal Criminal Rules 1(b)(9) and 54(c) "Act of Congress", is without statutory authority, therefore, violates the Administrative Law Act of Title 5 USC §706(2)(C); and/or,

iv) The defendants' enforcement of their statutory authorities without orders or judgments from their statutory designated

"district courts of the United States", was "arbitrary, capricious, or otherwise not in accordance with law", therefore, violates the Administrative Law Act of Title 5 USC §706(2)(A); and/or,

v) The defendants' seizure of the plaintiff's personal and corporate assets together with ordering his incarceration in a federal prison, "not in accordance with law", nor based on an order or judgment from a "district court of the United States", therefore, violates the Administrative Law Act of Title 5 USC §706(2)(B), plaintiff's Constitutional rights.

**Or, in the alternative -**

**This Court finds and orders whatever relief for the plaintiff that it deems appropriate.**

**V. VERIFIED COMPLAINT**

The plaintiff, Gerald L. Rogers, swears under the penalty of perjury that the facts alleged are true and correct and/or are supported by the business records and testimony of the defendants employees being concealed from the plaintiff to deprive him of due process of law in the enforcement actions averred to in this complaint.

Done in the City of Sheridan Oregon on this 11th day of March, 2007.

                                DECLARANT AND PLAINTIFF

                                GERALD L. ROGERS
                                P.O. Box 6000 -12327-086
                                Sheridan OR 97378-6000

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
GERALD L. ROGERS

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** XXXXX
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE PR

## DEFENDANTS
HARVEY LLOYD PITT, ET AL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
# 12327-086

Case: 1:07-cv-00687
Assigned To : Collyer, Rosemary M.
Assign. Date : 04/17/2007
Description: Rogers v. Harvey L. Pitt, et al.,

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ■ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. *Antitrust*
- ☐ 410 Antitrust

### ☐ B. *Personal Injury/ Malpractice*
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

### ☐ C. *Administrative Agency Review*
- ☐ 151 Medicare Act

**Social Security:**
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

**Other Statutes**
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. *Temporary Restraining Order/Preliminary Injunction*
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. *General Civil (Other)* OR ■ F. *Pro Se General Civil*

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ■ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 USC 701  ADMIN. PROCEDURE ACT

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   DEMAND $   Check YES only if demanded in complaint   JURY DEMAND: ☐ YES  ☑ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☑ NO  If yes, please complete related case form.

DATE   SIGNATURE OF ATTORNEY OF RECORD   *NCW*

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

\forms\js-44.wpd