# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Gerald L. Rogers | CA-07-687 RMC |
| DEFENDANT | TYPE OF PROCESS |
| Harvey L. Pitt, etal | S&C |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

U.S. Attorney

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

501 3rd St., NW

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

RECEIVED 2007 APR 25 AM 8:30 U.S. MARSHALS DISTRICT OF COLUMBIA

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 16 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk | Date 4/27/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

REGINALD D. ROWAN  LEGAL ASST.

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 4-27-07   Time: 1:30 pm

Signature of U.S. Marshal or Deputy

_____ V. ___ #5769

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | | | | | |

REMARKS:

RECEIVED MAY 1 - 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
_____ District of __Columbia__

TO:

Michael J. Gaines, US Parole Commission
1 West Park Bldg.
5550 Friendship, Blvd.
Chevy Chase, MD 20815

Civil Action, File Number __07-687 RMC__

__Gerald L. Rogers__

V.

__Harvey L. Pitt, ET AL__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ [enclo]se. Keep copy 3 for your records.

[ACKN]OWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, [o]ther entity, you must indicate under your signature your relationship to that entity. If [a]uthorized to receive process, you must indicate under your signature your authority.

[copy] 2 of this form to the sender within ____ days, you (or the party on whose behalf you [in]curred in serving a summons and complaint in any other manner permitted by law.

[sign] this form, you (or the party on whose behalf you are being served) must answer the [complaint] were sent. If you fail to do so, judgment by default will be taken against you for the

[N]otice and Acknowledgment of Receipt of Summons and Complaint By Mail was

_____
Signature (USMS Official)

[ACKNOWLEDGMENT] OF RECEIPT OF SUMMONS AND COMPLAINT

[Recei]ved a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

**RECEIVED**
**MAY 1 - 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Copy 4 - USMS District Suspense

Form USM-299
(Rev. 6/95)