**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
_____ District of __**Columbia**__

TO:

James C. Newsome, Chairman
COMMODITES FUTURE TRADING COMM.
1155 21st St., NW
Washington, DC 20581

Civil Action, File Number ___07-687 RMC___

Gerald L. ROgers
_____
V.

Harvey L. Pitt, et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another ~~orized to receive process, you must indicate under your signature your authority.

f this form to the sender within ____ days, you (or the party on whose behalf you ~~rred in serving a summons and complaint in any other manner permitted by law.

s form, you (or the party on whose behalf you are being served) must answer the e sent. If you fail to do so, judgment by default will be taken against you for the

**RECEIVED**

MAY 14 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

~~ce and Acknowledgment of Receipt of Summons and Complaint By Mail was

_____
Signature *(USMS Official)*

RECEIPT OF SUMMONS AND COMPLAINT

~~a copy of the summons and of the complaint in the above captioned manner at

_1155 21st Street NW_
Street Number and Street Name or P.O. Box No.

_Washington, DC 20581_
City, State and Zip Code

_Eileen A. Donovan_
Signature

_Secretary (Acting)_
Relationship to Entity/Authority to Receive

Service of Process

_5/10/07_
Date of Signature

Form USM-299
(Rev. 6/95)

*[Certified mail return receipt card, rotated, reads:]*

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James C. Newsome, Chrmn.
Commodities Future Trading
1155 21st St, NW
Washington, D.C.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

'e Number
er from service label)
3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Copy 1 - Clerk of Court