**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| GERALD L. ROGERS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case Number: 1:07CV0687 (RMC) |
| HARVEY L. PITT, Chairman, Securities and Exchange Commission, et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |

**NOTICE OF APPEARANCE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendants in the above-captioned action

Dated: June 25, 2007              Respectfully submitted,

  /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of June, 2007, I caused the foregoing Notice of Appearance to be filed via the Court's Electronic Case Filing system, and to be served upon pro se plaintiff by first-class mail, postage prepaid, addressed as follows:

Gerald L. Rogers
# 12327-086
POB 6000
Sheridan, OR 97378

      /s/ *Robin M. Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114