**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| GERALD L. ROGERS, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Case Number: 1:07CV0687 (RMC) |
|  | ) |
| HARVEY L. PITT, Chairman, Securities | ) |
| and Exchange Commission, et al., | ) |
|  | ) |
| Defendants | ) |
|  | ) |

**MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR OTHERWISE**
**RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Harvey L. Pitt et al., through undersigned counsel, hereby respectfully move for an enlargement of time of 30 days, up to and including July 26, 2007, in which to move, answer or otherwise respond to Plaintiff's complaint. Defendants' response would otherwise be due June 26, 2007. Local Rule 7(m) does not require counsel to confer with pro se prisoner plaintiffs, and the docket sheet lists only Plaintiff's mailing address. Accordingly counsel for Defendants does not know Plaintiff's position on this motion. In support of this motion, Defendants state as follows:

Plaintiff Gerald Rogers filed this action pursuant to the Administrative Procedure Act. The complaint challenges actions taken by Defendants the Commodity Futures Trading Commission ("CFTC"), Securities and Exchange Commission ("SEC"), and the United States Parole Commission ("USPC") (collectively "Defendants"), in connection with SEC and CFTC enforcement proceedings in the United States District Court for the Northern District of Texas

(the "Texas enforcement actions"), and the USPC's enforcement of Plaintiff's prison sentence. Plaintiff also appears to allege that Defendants were engaged in a conspiracy to deprive him of his assets and freedom.

To prepare an answer, or otherwise respond to Plaintiff's complaint, the undersigned must consult with agency counsel at the SEC, CFTC, and USPC concerning the factual allegations raised in Plaintiff's complaint and the facts that support any defense(s) the agencies may raise. The undersigned also must review the relevant portions of the record of the Texas enforcement actions. The undersigned needs additional time to complete that factual investigation and record review, and to prepare Defendants' responsive pleading. The requested enlargement also will allow the undersigned Assistant United States Attorney to honor her commitments in other cases.

Defendants have not previously requested that this Court enlarge the time for filing any pleading. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants an additional 30 days to answer Plaintiff's Complaint should cause no prejudice.

An order granting the relief sought is attached hereto.

Dated: June 25, 2007                         Respectfully submitted,


                                              /s/
                                             JEFFREY A. TAYLOR, D.C. BAR # 498610
                                             United States Attorney


                                              /s/
                                             RUDOLPH CONTRERAS, D.C. BAR #434122
                                             Assistant United States Attorney

       /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of June, 2007, I caused the foregoing Motion to be filed via the Court's Electronic Case Filing system, and to be served upon pro se plaintiff by first-class mail, postage prepaid, addressed as follows:

Gerald L. Rogers  
# 12327-086  
Sheridan Federal Correction Institution  
PO Box 6000  
Sheridan, OR 97378

                              /s/ *Robin M. Meriweather*  
                           ROBIN M. MERIWEATHER, D.C. Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERALD L. ROGERS, | ) |
| Plaintiff, | ) |
| v. | ) Case Number: 1:07CV0687 (RMC) |
| HARVEY L. PITT, Chairman, Securities and Exchange Commission, et al., | ) |
| Defendants | ) |

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File Answer or Otherwise Respond to Plaintiff's Complaint, it is this _____ day of _____, 2007,

ORDERED that Defendants' Motion for Extension of Time to File Answer or Otherwise Respond to Plaintiff's Complaint be and is hereby GRANTED.

It is further ORDERED that Defendants shall submit an Answer or otherwise respond to Plaintiff's Complaint by July 26, 2007.

SO ORDERED.

_____
United States District Judge