UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERALD L. ROGERS,<br><br>        Plaintiff,<br><br>   v.<br><br>HARVEY L. PITT, Chairman, Securities and Exchange Commission, et al.,<br><br>        Defendants | Case Number: 1:07CV0687 (RMC) |

## ERRATA

Defendants Harvey L. Pitt, et al., through undersigned counsel, submit this errata to correct an error in Defendant's Motion for Enlargement of Time to Submit Answer or Otherwise Respond to Plaintiff's Complaint (Dkt. Entry 10). The motion, which this Court granted, requested a 14-day enlargement of time. See Dkt. Entry 10 at 1-2. However, counsel for Defendant inadvertently listed a revised deadline of August 2, 2007, which was only 7 days after the existing deadline. Defendant intended to request that the revised deadline be August 9, 2007. Defendant regrets any inconvenience that this error may have caused the Court. A corrected motion and proposed order are attached hereto as Exhibit 1.

Dated July 30, 2007

Respectfully submitted,

   /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

        /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198  Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of July, 2007, I caused the foregoing Errata to be filed via the Court's Electronic Case Filing system, and to be served upon pro se plaintiff by first-class mail, postage prepaid, addressed as follows:

Gerald L. Rogers
\# 12327-086
Sheridan Federal Correction Institution
PO Box 6000
Sheridan, OR 97378

                                            /s/ *Robin M. Meriweather*
                                       ROBIN M. MERIWEATHER, D.C. Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERALD L. ROGERS,<br><br>  Plaintiff,<br><br>  v.<br><br>HARVEY L. PITT, Chairman, Securities and Exchange Commission, et al.,<br><br>  Defendants | )<br>)<br>)<br>)<br>)<br>) Case Number:  1:07CV0687 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Harvey L. Pitt et al., through undersigned counsel, hereby respectfully move for an enlargement of time of 14 days, up to and including August 9, 2007, in which to move, answer or otherwise respond to Plaintiff's complaint. Defendants' response currently is due July 26, 2007. Local Rule 7(m) does not require counsel to confer with pro se prisoner plaintiffs, and the docket sheet lists only Plaintiff's mailing address. Accordingly counsel for Defendants does not know Plaintiff's position on this motion. In support of this motion, Defendants state as follows:

Plaintiff Gerald Rogers filed this action pursuant to the Administrative Procedure Act. The complaint challenges actions taken by Defendants the Commodity Futures Trading Commission ("CFTC"), Securities and Exchange Commission ("SEC"), and the United States Parole Commission ("USPC") (collectively "Defendants"), in connection with SEC and CFTC enforcement proceedings in the United States District Court for the Northern District of Texas

(the "Texas enforcement actions"), and the USPC's enforcement of Plaintiff's prison sentence based on criminal convictions in the United States District Court for the District of Colorado and the United States District Court for the Central District of California. Plaintiff also appears to challenge the validity of his convictions, and to allege that Defendants were engaged in a conspiracy to deprive him of his assets and freedom.

To prepare an answer, or otherwise respond to Plaintiff's complaint, the undersigned must consult with agency counsel at the SEC, CFTC, and USPC concerning the factual allegations raised in Plaintiff's complaint and the facts that support any defense(s) the agencies may raise. The undersigned also must review the relevant portions of the record of the Texas enforcement actions and the criminal proceedings, appeals, and related habeas petitions. The undersigned has made a good-faith effort to complete that factual investigation and record review in advance of the current deadline. However, the undersigned needs additional time to complete the review of the extensive materials in the dockets of the numerous federal cases in which Rogers has challenged his convictions and sentence, as the content of those filings will impact the defenses Defendants raise in their responsive pleading. The requested enlargement also will allow the undersigned Assistant United States Attorney to honor her commitments in other cases.

Defendants have made one prior request for an enlargement of time, which was granted. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants an additional 14 days to answer Plaintiff's Complaint should cause no prejudice.

WHEREFORE Defendants submit that this motion for a 14-day extension of time to file an answer or otherwise respond to plaintiff's complaint should be granted. A proposed order is attached hereto.

Dated: July 24, 2007                              Respectfully submitted,

                                           /s/
                                     JEFFREY A. TAYLOR, D.C. BAR # 498610
                                     United States Attorney

                                           /s/
                                     RUDOLPH CONTRERAS, D.C. BAR #434122
                                     Assistant United States Attorney

                                       /s/ Robin M. Meriweather
                                     ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                     Assistant United States Attorney
                                     555 Fourth St., N.W.
                                     Washington, D.C.  20530
                                     Phone: (202) 514-7198    Fax: (202) 514-8780
                                     Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 30th day of July, 2007, I caused the foregoing Errata and Motion to be filed via the Court's Electronic Case Filing system, and to be served upon pro se plaintiff by first-class mail, postage prepaid, addressed as follows:

Gerald L. Rogers
# 12327-086
Sheridan Federal Correction Institution
PO Box 6000
Sheridan, OR 97378

                /s/ *Robin M. Meriweather*
                ROBIN M. MERIWEATHER, D.C. Bar # 490114

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
GERALD L. ROGERS,                   )
                                                    )
        Plaintiff,                       )
                                                    )
   v.                                         )   Case Number:  1:07CV0687 (RMC)
                                                    )
HARVEY L. PITT, Chairman, Securities )
and Exchange Commission, et al.,    )
                                                    )
        Defendants                     )
                                                    )
_____ )

**ORDER**

      Upon consideration of Defendants' Motion for Extension of Time to File Answer or Otherwise Respond to Plaintiff's Complaint, it is this _____ day of _____, 2007,

      ORDERED that Defendants' Motion for Extension of Time to File Answer or Otherwise Respond to Plaintiff's Complaint be and is hereby GRANTED.

      It is further ORDERED that Defendants shall submit an Answer or otherwise respond to Plaintiff's Complaint by August 9, 2007.

      SO ORDERED.

 

_____
United States District Judge