# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERALD L. ROGERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 1:07CV0687 (RMC) |
| | ) |
| HARVEY L. PITT, Chairman, Securities | ) |
| and Exchange Commission, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO SUPPLEMENT THE RECORD

Defendants Harvey L. Pitt, et al., through undersigned counsel, hereby oppose Plaintiff's Motion to Supplement the Record With Evidence of Supreme Court Law (Docket Entry 25). In that motion, Plaintiff presents additional legal arguments, citing to Supreme Court opinions concerning the scope of Article III jurisdiction. Although captioned as a request to "supplement the record with evidence," the content of the motion makes it clear that Plaintiff's submission is essentially a second sur-reply. Plaintiff should not be allowed to submit a second sur-reply, as he has already had multiple opportunities to brief the legal issues presented in this case (and indeed has briefed nearly identical issues in prior litigation against Defendants in other district courts).

"The Local Rules do not provide for the filing of a sur-reply, nor do the Federal Rules of Civil Procedure." Arakelian v. National Western Life Ins. Co., 126 F.R.D. 1, 3 (D.D.C. 1989). In this case, the Court has exercised its discretion to permit Plaintiff to file one sur-reply on the merits, and another sur-reply concerning Defendants' motion for protective order. See Dkt. Entries 18, 24. Plaintiff's most recent motion suggests that the Court's grant of Defendants'

motion for a protective order — which Defendants filed in connection with the discovery requests Plaintiff has served in this case — somehow makes a second sur-reply on the merits appropriate. However, the applicable standard "is whether the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply." Robinson v. The Detroit News, Inc., 211 F. Supp. 2d 101, 113 (D.D.C. 2002) (striking surreply on the basis that it merely reargued the points raised in an earlier brief); see also Lewis v. Rumsfeld, 154 F. Supp. 2d 56, 61 (D.D.C. 2001).  If the opposing party's reply merely raises issues that the parties already have addressed or had the opportunity to address, no sur-reply should be permitted.  See id.; U.S. Commodity Futures Trading Com'n v. Whitney, 441 F. Supp. 2d 61, 73 (D.D.C. 2006); Corel Corp. v. U.S., 165 F. Supp. 2d 12, 18 n. 1 (D.D.C. 2001) ("Because I find that the arguments raised in Corel's surreply could have been raised in Corel's opposition brief, Corel's motion to file a sur-reply will be denied").

     A second sur-reply is not warranted in this case.  Defendants have not filed any additional merits briefs since Plaintiff filed his first sur-reply.  Further, Plaintiff already has submitted briefs concerning these issues; to the extent that the second sur-reply cites any additional cases, nothing prevented Plaintiff from including those citations in his prior submissions.  See Dkt. Entries 13, 14, 18, 23.  For those reasons, Defendants respectfully request that Plaintiff's motion be denied.

Dated: January 30, 2008                        Respectfully submitted,

                                            /s/
                              JEFFREY A. TAYLOR, D.C. BAR # 498610
                              United States Attorney

                                            /s/
                              RUDOLPH CONTRERAS, D.C. BAR #434122
                              Assistant United States Attorney

      /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 30th day of January, 2008, I caused the foregoing to be filed via the Court's Electronic Case Filing system, and to be served upon pro se plaintiff by first-class mail, postage prepaid, addressed as follows:


Gerald L. Rogers
# 12327-086
POB 6000
Sheridan, OR 97378


                                                  /s/   *Robin M. Meriweather*
                                        ROBIN M. MERIWEATHER, D.C. Bar # 490114