UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


GERALD L. ROGERS                        :

    Plaintiff,                       :     Case # 1:07CV0687 (RMC)

v.                                      :

HARVEY L. PITT, et al.,                 :

    Defendants.                      :

------------------------------------------------------------

### PLAINTIFF'S REPLY AND OPPOSITION TO DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO SUPPLEMENT THE RECORD.

    **Comes Now**, the plaintiff Gerald L. Rogers in <u>pro se</u> in reply and in opposition to the defendants' "memorandum" to re-characterize evidence of law as a sur-reply is based on the following.

    <u>**1. As mandated by the Supreme court in U.S. v. Olano 507 US 725, 732, when the court granted the defendants a protective order, in the first place, "The court's deviation from a legal rule (FCivRuleP) Rule 26) (was an) error".**</u>

    And, now after saving the defendants from the "embarrassment" of not even being able to produce a federal statute granting them statutory authority for their past enforcement ACTIONS against the plaintiff, they are now moving this court to corruptly deprive the plaintiff from filing in the court evidence of law that irrefutably proves that the defendants have collectively

**RECEIVED**

FEB 1 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

and separatively, violated the Administrative Procedure Act (APA) of Title 5 USC §702(2) et seq.

For the defendants edification, this is a case of law, indeed, constitutional law that proves that the defendants have not only exceeded their Article I statutory authority when they knowingly prevailed on the subject Article III United States District Courts (USDC) - under color of law - for their orders and judgments, but they are involved in an ongoing violation of the **Separation of Powers Doctrine** - in which, it is required for this plaintiff to evidence the law that the defendants have violated.

And, because the court has saved the defendants the embarrassment of not being to produce one word in any statute or public law that even insinuates that they have authority over the plaintiff, due process certainly requires that the plaintiff be able to enter into evidnece the constitutional law which mandates that the defendants not only lacked "standing", but are breaking the law with their seditious conspiracy as defined by Title 18 USC §2384,

Indeed, no matter whether this court considers the statutory or constitutional law that controls the defendants' authority for jurisdiction, it is a matter of **stare decisis** that the defendants are violating the U.S. Constitution "tripartite allocation of powers as mandated in **Flast v. Cohen and** as has been fully briefed by the Supreme Court in its **Annotations of cases and controversies** as published in **40 L Ed 2d 783.**

Furthermore, the defendants lack of "standing" is supported

2.

by a plethora of cases cited by the Supreme Court in " **Article III Annotations**" 70 L Ed 2d 941 **"For Requirements of Article III of Federal Courts"** as Affecting Standing to Challenge Particular Conduct as Violation of Federal Law".

At §3(b) **"Independence From Statutory Dictates"**, it irrefutably makes it impossible for the defendants to have had or currently have factual and/or statutory authority standing or have obtained jurisdiction for their Article I enforcement actions in the subject Article III USDC's.

> "In the cases which ensue, the Supreme Court opins that the Article III requirement of **injury** in fact must be satisfied by a party without regard to applicable statutory pronouncements regarding standing or proper parties."

Here, neither the U.S. Department of Justice's Parole Commission, nor the SEC, nor the CFTC, ever even alleged that they have been injured - "in fact".

Furthermore, the Supreme Court mandated in **O'Shea v. Lttleton** (1974) 414 US 488:

> "Abstract injury is not enough...."

In addition, the controlling case law over the SEC and CFTC in their actions against the plaintiff, in accord with **O'Shea id.**, in the Fifth Circuit of Appeals is **James v. City of Dallas, Texas** 254 F 3d 551, 564 (5th C. 2001)  In **James**, the Fifth Circuit also set the standards for **Article III Standing** with which those defendants had to comply to support their standing, but did not.

First - "**Plaintiff must have suffered an injury in fact,**" citing <u>City of Los Angeles v. Lyons</u>  461 US at 102;

Second, a plaintiff has to have had a **"causal connection between the injury claimed and conduct claimed"** citing  O'Shea

3.

supra;

**Third,** the complaint cannot be "merely speculative". citing **Lujan v. U.S.** 504 US at 561.

And, in accord with the **City of Los Angeles, supra,** the Tenth Circuit Court of Appeals controlling the district from which the Parole Commission's misplaced Article III judgment emanates, set the same standards for standing as set forth in the Fifth Circuit as cited in **James, supra.**

Futhermore, the Supreme Court's mandate in **U.S. Parole Commission v. Gerahty** 445 US 388, 397 is on point. Citing **Baker v. Carr** 369 at 204, the Court held that "standing" is established "whether a party invoking federal court jurisdiction has a personal stake in the outcome of the controversy" - which conclusively none of the defendants not only were not injured, they simply do not or did not have a personal stake in the outcome.

Therefore, in the face of the plaintiff's Fifth Amendment rights to due process, for this court to once again protect the defendants by barring evidence of law (proof) that they have factually violated and/or exceeded their collective Article I statutory authorities, it would simply amount to a mockery of justice. Accordingly, in as much as the D.C. courts are being considered by the **Gangsters With Gavels** book and supporting web site for their prior and frivolous use of the word "frivolous" to cover-up for the government's and its pocket Article III judges' **separation of powers** violations, rather than prevailing on this Honorable Court to also engage in an act of corruption, possibly, the defendants should consider a settlement.

4.

Respectfully submitted,

*[signature]*

Gerald L. Rogers, In pro se
12327-086  U-5
P.O. Box 6000
Sheridan OR 97378-6000

## CERTIFICATE OF SERVICE

I certify that I have placed into the U.S. mail the foregoing pleading addressed to Robin Meriweather, AUSA 555 Fourth St. N.W. Washington D.C. 20530 on this 7 day of February 2008 -

Declarant,

*[signature]*

Gerald L. Rogers