UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERALD L. ROGERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. Action No. 07-687 (RMC) ) |
| HARVEY LLOYD PITT, *et al.*, | ) ) |
| Defendants. | ) ) |

## ORDER

For the reasons stated in the Memorandum Opinion filed concurrently herewith, it is this 20th day of February 2008, hereby

**ORDERED** that the defendants' motion to dismiss [Dkt. No. 12] is **GRANTED**; it is

**FURTHER ORDERED** that Mr. Rogers's motion for judgment on the pleadings and for an order to show cause [Dkt. No. 14] is **DENIED**; it is

**FURTHER ORDERED** that all other pending motions [Dkt. Nos. 23, 25] are **DENIED** as moot; and it is

**FURTHER ORDERED** that this case is **DISMISSED**.  This case is closed. This is a final appealable Order.

/s/
ROSEMARY M. COLLYER
United States District Judge

DATE: February 20, 2008