ORIGINAL

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GERALD L. ROGERS | : | CV No. 07-687(RMC) |
| Plaintiff, | : | |
| v. | : | |
| HARVEY LLOYD PITT et al., | : | |
| Defendants | : | |

NOTICE OF APPEAL

NOTICE is hereby given that Gerald L. Rogers, Plaintiff, hereby appeal to the United States Court of Appeals for the District of Columbia from the final ORDER of the United States District Court For District of Columbia dismissing the plaintiff's complaint against the defendants, which alleged violations of the Administrative Procedures Act - the defendants had exceeded their statutory authority - entered on this action on the 20th day of February, 2008.

Respectfully submitted,

Gerald L. Rogers  In pro se
12327-086   U-5
P.O. Box 6000
Sheridan OR 97378-6000

RECEIVED

MAR 2 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT