United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 08-5069                                September Term 2007

1:07-cv-00687-RMC

Filed On: June 16, 2008 [1121831]

Gerald L. Rogers,

    Appellant

    v.

Harvey L. Pitt, Securities and Exchange
Commission, et al.,

    Appellees

O R D E R

Upon consideration of the motion to appeal in forma pauperis, which was received from appellant, it is, on the court's own motion,

ORDERED that the motion to appeal in forma pauperis be referred to the district court for resolution in the first instance. It is

FURTHER ORDERED that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order along with the original motion to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

FOR THE COURT:
Mark J. Langer, Clerk

BY:  /s/
Mary Anne McMain
Deputy Clerk

Attachment:
    Motion for Leave to Proceed on Appeal In Forma Pauperis

A True Copy:

United States Court of Appeals
for the District of Columbia Circuit

By: /s/ Mary Anne McMain, Deputy Clerk