UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GERALD L. ROGERS,** | ) |
| Plaintiff, | ) |
| v. | ) Civ. Action No. 07-0687 (RMC) |
| **HARVEY LLOYD PITT** *et al.*, | ) |
| Defendants. | ) |

## ORDER

Upon consideration of Plaintiff Gerald L. Rogers' motion for leave to appeal *in forma pauperis*, it is hereby

**ORDERED** that the motion [Dkt. # 32] is **GRANTED**. The Clerk is directed to transmit this Order promptly to the appellate court.

Date: July 21, 2008

/s/
ROSEMARY M. COLLYER
United States District Judge